**95–540.** State v. Russell. *Montgomery County*, No. 14002. On motion for leave to file delayed appeal. Motion denied.

Pfeifer and Cook, JJ., dissent.

**95–570.** Guy v. Buckeye Publishing Co. *Columbiana County*, No. 93–C–33. On motion for admission *pro hac vice* by James A. Prozzi, Esq. Motion granted.

## DISCRETIONARY APPEALS ALLOWED

**95–100.** Trader v. People Working Coop., Inc. *Hamilton County*, No. C–930716. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 94–405, *Haynes v. Zoological Soc. of Cincinnati*, Hamilton County, Nos. C–910598 and C–910635; briefing schedule stayed.

Douglas and F.E. Sweeney, JJ., dissent.

**95–149.** Dublin v. Young. *Franklin County*, No. 94APC05–769.

Wright, F.E. Sweeney and Cook, JJ., dissent.

**95–185.** Curtis v. Square–D Co. *Williams County*, No. 94WM000003. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 94–354, *McAuliffe v. W. States Import Co.*, Cuyahoga County, No. 65297; briefing schedule stayed.

Douglas, J., dissents.

Resnick, J., not participating.